**ORIGINAL**

CADES SCHUTTE LLP

| | |
|---|---|
| MILTON M. YASUNAGA | 3058-0 |
| ALLISON MIZUO LEE | 7619-0 |

1000 Bishop Street, Suite 1200
Honolulu, HI 96813-4212
Telephone: (808) 521-9200
FAX: (808) 521-9210
E-mail: myasunaga@cades.com
E-mail: alee@cades.com

Attorneys for Plaintiffs
WILLIAM R. KOWALSKI and
HAWAII INTERNATIONAL SEAFOOD, INC.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 23 2012
at 10 o'clock and 50 min. A M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ANOVA FOOD, LLC; ANOVA FOOD, INC.; CLEARSMOKE TECHNOLOGIES, LTD.; and Does 1-10, inclusive, <br><br> Defendants. | CIVIL NO. 11-00795 RLP <br><br> REQUEST TO CLERK FOR ENTRY OF DEFAULT AGAINST DEFENDANT CLEARSMOKE TECHNOLOGIES, LTD. AS TO THE AMENDED COMPLAINT FILED JANUARY 2, 2012 [DOC. #6]; DECLARATION OF MILTON M. YASUNAGA; ENTRY OF DEFAULT AGAINST DEFENDANT CLEARSMOKE TECHNOLOGIES, LTD.; CERTIFICATE OF SERVICE |

ImanageDB:2040642.1

### REQUEST TO CLERK FOR ENTRY OF DEFAULT AGAINST DEFENDANT CLEARSMOKE TECHNOLOGIES, LTD. AS TO THE AMENDED COMPLAINT FILED JANUARY 2, 2012 [DOC. #6]

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and upon the Declaration of Milton M. Yasunaga attached hereto, please enter default against defendant Clearsmoke Technologies, Ltd. for failure to answer or otherwise defend as to the First Amended Complaint filed herein on January 2, 2012.

DATED: Honolulu, Hawaii, March 23, 2012.

CADES SCHUTTE LLP

_____
MILTON M. YASUNAGA
ALLISON MIZUO LEE
Attorneys for Plaintiffs
WILLIAM R. KOWALSKI and
HAWAII INTERNATIONAL SEAFOOD, INC.